## Gavel Ruling on Motions

6:13-cv-00532-JHP Shay & Klahr Properties, Inc. v. Western Heritage Insurance Company et al

LC-2

**FILED**
APR 18 2014
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

WAGONER COUNTY, OKLAHOMA
FILED
IN DISTRICT COURT

APR 17 2014

JAMES E. HIGHT
COURT CLERK

**U.S. District Court**

**Eastern District of Oklahoma**

### Notice of Electronic Filing

The following transaction was entered on 4/14/2014 at 3:50 PM CDT and filed on 4/14/2014
**Case Name:**       Shay & Klahr Properties, Inc. v. Western Heritage Insurance Company et al
**Case Number:**     6:13-cv-00532-JHP
**Filer:**
**WARNING: CASE CLOSED on 04/14/2014**
**Document Number:** 30(No document attached)

**Docket Text:**
**MINUTE ORDER by District Judge James H. Payne: granting [24] Plaintiff's Motion to Remand (case terminated) (cjt, Deputy Clerk)**

**6:13-cv-00532-JHP Notice has been electronically mailed to:**

Thomas A. LeBlanc tleblanc@bestsharp.com, pgrimes@bestsharp.com, tcalvin@bestsharp.com

James E. Weger jweger@jonesgotcher.com, hdorsey@jonesgotcher.com, jstrong@jonesgotcher.com

Bruce A. McKenna bmckenna@mpoklaw.com, bcollins@mpoklaw.com, cbailey@mpoklaw.com

Brian E. Dittrich bdittrich@dittrichlawfirm.com

Adam J. Strange astrange@jonesgotcher.com, hdorsey@jonesgotcher.com

Sara C. Smith ssmith@jonesgotcher.com

Michael J. Cooper (Terminated) mcooper@tulsalawyer.com, rnewman@tulsalawyer.com

Benjamin D. Reed breed@bestsharp.com, benreedou@gmail.com, wrist@bestsharp.com

**6:13-cv-00532-JHP Notice has not been electronically mailed to:**

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
PATRICK KEANEY
Clerk, U.S. District Court
Eastern District of Oklahoma
By _____
Deputy Clerk
Dated  4/14/14

https://ecf.oked.circ10.dcn/cgi-bin/Dispatch.pl?740847661307141                                04/14/2014